IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-01256-SP

HID GLOBAL CORPORATION, and
ASSA ABLOY AB,

    *Plaintiffs,*

v.

WAVELYNX TECHNOLOGIES
CORPORATION,

    *Defendant.*

## NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY ALL DEADLINES

Pursuant to D.C.COLO.LCivR 40.2, Plaintiffs HID Global Corporation and ASSA ABLOY AB and Defendant WaveLynx Technologies Corporation hereby notify the Court that the parties have reached an agreement resolving this dispute.

The parties further jointly request that the Court stay all case deadlines for sixty-six (66) days, through and including September 15, 2023, to allow the parties to perform settlement obligations and submit the appropriate dismissal papers.

The parties respectfully make this request to allow for the orderly completion of their settlement obligations and submission of the appropriate dismissal papers and not for purposes of delay.

Dated: July 11, 2023

        /s/Noah C. Graubart
Noah C. Graubart
GA Bar No. 141862
FISH & RICHARDSON P.C.
1180 Peachtree St., NE, 21st Floor
Atlanta, GA 30309
Tel: (404) 892-5005
Fax: (404) 892-5002
graubart@fr.com

**Counsel for Plaintiffs HID Global Corp. and ASSA ABLOY AB**

        /s/Thatcher A. Rahmeier
Joel D. Sayres
FAEGRE DRINKER BIDDLE & REACH LLP
1144 15th Street, Suite 3400
Denver, CO 80202
joel.sayres@fargredrinker.com
Tel: (303) 607-3500
Fax: (303) 607-3600

Thatcher A. Rahmeier
Faegre Drinker Biddle & Reach LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
thatcher.rahmeier@fargredrinker.com
Tel: (302) 467-4200
Fax: (302) 467-4201

Timothy E. Grimsrud
Faegre Drinker Biddle & Reach LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
tim.grimsrud@faegredrinker.com
Tel: (612) 766-7000
Fax: (612) 766-1600

**Counsel for Defendant WaveLynx Technologies Corp.**

**CERTIICATE OF SERVICE**

   I hereby certify that on July 11, 2023, the foregoing **NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY ALL DEADLINES** was filed with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

                    */s/Noah C. Graubart*
                     Noah C. Graubart
                     GA Bar No. 141862
                     FISH & RICHARDSON P.C.
                     1180 Peachtree St., NE, 21st Floor
                     Atlanta, GA 30309
                     Tel: (404) 892-5005
                     Fax: (404) 892-5002
                     graubart@fr.com